UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JUDY K. EVANS, Administratrix of the Estate of Tyler J. Evans, Deceased, | : : : : | CIVIL NO: 1:20-CV-00722 |
| Plaintiff, | : : | |
| v. | : : | (Chief Magistrate Judge Schwab) |
| COLUMBIA COUNTY, *et al.,* | : : | |
| Defendants. | : : | |

# ORDER
October 19, 2020

For the reasons set forth in the Memorandum Opinion filed concurrently with this Order, **IT IS ORDERED** the "Defendants' Motion to Strike Paragraphs 2, 3, and 4 from Plaintiff's Complaint Pursuant to Fed. R. Civ. P. 12(f) and to Dismiss Portions of the Complaint Pursuant to Fed. R. Civ. P. 12(b)(6)" (*doc. 19*) is **DENIED**.

*S/Susan E. Schwab*
Susan E. Schwab
Chief United States Magistrate Judge