IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JUDY K. EVANS, Administratrix of :
the Estate of TYLER JAY EVANS, :
Deceased, :
:
:
Plaintiff, :
: DOCKET NO. 20-CV-00722
v. :
:
COLUMBIA COUNTY, et al., :
:
Defendants. :

## ORDER

AND NOW, this __17th__ day of August 2021, upon review of Defendants' Unopposed Motion For Leave To Take Third Party Witness Brian Metheny's Deposition Pursuant To Federal Rule Of Civil Procedure 30(a)(2)(B) and any reply thereto, it is hereby ORDERED that the Motion is GRANTED.

Counsel for Defendant may take the deposition of third-party witness Brian Metheny at SCI Coal Township before September 2, 2021, at such date and time that is convenient for the prison officials.

IT IS SO ORDERED:

_____
Susan E. Schwab
United States Magistrate Judge