UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JUDY K. EVANS, Administratrix of the Estate of Tyler J. Evans, Deceased, | : : : : | CIVIL NO: 1:20-CV-00722 |
| Plaintiff, | : : | |
| v. | : : | (Magistrate Judge Schwab) |
| COLUMBIA COUNTY, *et al.*, | : : | |
| Defendants. | : : | |

**FOURTH AMENDED CASE MANAGEMENT ORDER**
November 3, 2021

Following a conference call with counsel, **IT IS ORDERED** that the following case management deadlines shall apply to this case:

| | | |
|---|---|---|
| Close of Fact Discovery: | | **December 17, 2021** |
| Joint Letter Regarding whether a Second Settlement Conference Should be Scheduled: | | **January 17, 2022** |
| Expert Reports: | By plaintiff: By defendants: Supplements: | **January 31, 2022** **March 1, 2022** **April 1, 2022** |
| Close of Expert Discovery | | **May 6, 2022** |

2

| | |
|---|---|
| Dispositive Motions: | **June 3, 2022** |
| All Pretrial and Trial Deadlines**:** | **To Be Determined** |

All other instructions and guidelines set forth in the original case management order (*doc. 16*) continue to apply to this case.

<u>*S/Susan E. Schwab*</u>
Susan E. Schwab
United States Magistrate Judge
