IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JUDY K. EVANS, Administratrix of the Estate of TYLER JAY EVANS, Deceased, | : : : : |
| Plaintiff, | : : |
| | : DOCKET NO. 20-CV-00722 |
| v. | : : |
| COLUMBIA COUNTY, et al., | : : |
| Defendants. | : |

## ORDER

AND NOW, this __3rd__ day of December 2021, upon consideration of the request from both parties and pursuant to Federal Rule Of Civil Procedure 30(a)(2)(B), it is hereby ORDERED that Counsel for Defendants may take the deposition of third-party witness Dennis Maisey at SCI Benner Township on or before December 6, 2021, at such date and time that is convenient for the prison officials.

IT IS SO ORDERED:

*S/Susan E. Schwab*
_____
Susan E. Schwab
United States Magistrate Judge