UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JUDY K. EVANS, Administratrix of the Estate of TYLER JAY EVANS, Deceased | : : : |
| Plaintiffs, | : CIVIL ACTION NO. 1:20-cv-00722-SES |
| vs. | : : |
| COLUMBIA COUNTY, et al | : : JURY TRIAL DEMANDED |
| Defendants. | : : |

## WITHDRAWAL OF APPEARANCE

To the Clerk of the Court:

    Kindly withdraw my appearance on behalf of Plaintiff in the above-captioned matter.

                                                           **YOUMAN & CAPUTO, LLC**

BY: _____
                                    ZACHARY ARBITMAN, ESQUIRE
                                    PA Attorney I.D. No. 314274

Date:  1/4/2022

**CERTIFICATE OF SERVICE**

I, Karen A. Kane, Legal Assistant to David J. Caputo, counsel for plaintiff, certify that on this date, a copy of Withdrawal of Appearance was sent via the Court's electronic filing system upon the following individuals:

>David J. MacMain, Esquire
>Janelle Fulton, Esquire
>433 W. Market Street, Suite 200
>West Chester, PA 19382
>**Attorney for All Defendants**

_____
Karen A. Kane, Legal Assistant to
DAVID J. CAPUTO

Date:  1/4/2022