# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JUDY K. EVANS, Administratrix of the Estate of Tyler J. Evans, Deceased, | : : : : | **Civil No. 1:20-CV-00722** (Magistrate Judge Schwab) |
| Plaintiff, | : : | |
| v. | : : | |
| COLUMBIA COUNTY, *et al.*, | : : | |
| Defendants. | : | |

## FIFTH AMENDED CASE MANAGEMENT ORDER
June 9, 2021

Following a telephonic status conference with counsel of record, and upon the agreement of the same, **IT IS ORDERED** that the dispositive motions deadline shall be extended, and early motions *in limine* shall be permitted, in order to facilitate counsel's efforts toward the simplification of issues, in anticipation of trial, and the following amended case management schedule shall apply to this matter:

| | |
|---|---|
| Dispositive Motions: | **November 15, 2022** |
| Motions in Limine: | **November 15, 2022** |
| Telephonic Status Call: | **February 6, 2023 at 10:30 a.m.**[1] |
| All Pretrial and Trial Deadlines: | **To Be Determined** |

---

[1] The telephone status call shall take place at 10:30 a.m. and counsel for the plaintiff(s) shall initiate the call by calling Chambers at (717) 221-3980 once all parties are on the line.

All other instructions and guidelines set forth in the original case management order (*doc. 16*), dated June 19, 2020, shall apply to this case.

                                                **_S/Susan E. Schwab_**
                                                Susan E. Schwab
                                                United States Magistrate Judge