# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JUDY K. EVANS, Administratrix of the Estate of TYLER JAY EVANS, Deceased,<br>　　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>COLUMBIA COUNTY, WARDEN DAVIS VARANO, DEPUTY WARDEN GEORGE NYE, SERENA NOVOTNEY, LPN, MEDICAL JOHN DOES 1-10, SERGEANT JARED CUNFER, CORRECTIONAL OFFICER PATRICK ZIELECKI, CORRECTIONAL OFFICER BRENT HARNER, and CORRECTIONAL OFFICERS JOHN DOES 1-10,<br>　　　　　　　　　　　　Defendants. | :<br>:<br>:　DOCKET NO. 20-CV-00722<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## NOTICE OF CHANGE OF LAW FIRMS OF COUNSEL FOR DEFENDANT

TO THE CLERK OF COURT:

Please be advised that David J. MacMain and Janelle E. Fulton, counsel for Defendants, Columbia County, Columbia County Prison, David Varano, George Nye, Serena Novotney, Jared Cunfer, Patrick Zielecki, and Brent Harner, have changed law firms. The address, telephone number, and email remain the same. I respectfully ask that the Court change any records as may be required.

Dated: August 5, 2022　　　　　　　By:　/s/ David J. MacMain
　　　　　　　　　　　　　　　　　　　　　David J. MacMain
　　　　　　　　　　　　　　　　　　　　　Attorney I.D. No. 59320
　　　　　　　　　　　　　　　　　　　　　MacMain Leinhauser PC
　　　　　　　　　　　　　　　　　　　　　433 W. Market Street, Suite 200
　　　　　　　　　　　　　　　　　　　　　West Chester, PA 19382
　　　　　　　　　　　　　　　　　　　　　*Attorney for Defendants, Columbia County, Columbia County Prison, David Varano, George Nye, Serena Novotney, Jared Cunfer, Patrick Zielecki, and Brent Harner*

## CERTIFICATE OF SERVICE

I, David J. MacMain, Esquire, hereby certify that on this 5th day of August 2022, a copy of the foregoing *Notice of Change of Law Firms of Counsel for Defendant* was served upon the following via email:

>David J. Caputo, Esquire
>Zachary Arbitman, Esquire
>Youman & Caputo, LLC
>3803 West Chester Pike, Suite 150
>Newtown Square, PA 19073
>*Attorneys for Plaintiff*

**MACMAIN LEINHAUSER PC**

Dated: August 5, 2022          By:     */s/ David J. MacMain*
David J. MacMain
Attorney I.D. No. 59320
433 W. Market Street, Suite 200
West Chester, PA 19382
*Attorney for Defendants Columbia County, Columbia County Prison, David Varano, George Nye, Sarah Novotney, Jared Cunfer, Patrick Zielecki, Brent Harner David McCoy, and Ryan Boatman*